UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   
    Thomas W Trusty  
    Sharon M Trusty  
        Debtor(s)

Case No. 12-36210

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/12/2012.

2) The plan was confirmed on 11/07/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 08/06/2014.

6) Number of months from filing to last payment: 22.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $5,095.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,759.82 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $4,759.82

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $185.64 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,685.64

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFFILIATED CREDIT SERVICES | Unsecured | 147.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| ARS ACCOUNT RESOLUTION | Unsecured | 595.00 | NA | NA | 0.00 | 0.00 |
| ASSOC ANESTHESIOLOGISTS JOLIET | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RADIOLOGISTS | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| CAB SERVICES INC | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |
| CASCADE CAPITAL LLC | Unsecured | NA | 1,584.25 | 1,584.25 | 21.67 | 0.00 |
| CHRISTINE PROPERTIES | Unsecured | 2,900.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 1,961.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 75.00 | 2,220.53 | 2,220.53 | 48.97 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 729.00 | 781.84 | 781.84 | 10.24 | 0.00 |
| COMCAST | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 465.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 262.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS ALLIANCE INC | Unsecured | 1,153.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 441.00 | NA | NA | 0.00 | 0.00 |
| CREST HILL CAT & DOG CLINIC | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 3,104.00 | NA | NA | 0.00 | 0.00 |
| FRANCIS EDWARDS | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| FRONTLINE RECOVERY | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| HEART CENTER | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPANY | Unsecured | 85.00 | 85.10 | 85.10 | 1.12 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 764.00 | 684.38 | 684.38 | 684.38 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 81.12 | 81.12 | 1.06 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS TITLE LOANS | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | NA | 966.45 | 966.45 | 12.66 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | NA | 561.32 | 561.32 | 7.35 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 3,685.00 | 7,760.24 | 7,760.24 | 187.27 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 193.00 | 162.33 | 162.33 | 2.13 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 651.04 | 651.04 | 8.53 | 0.00 |
| JOLIET RADIOLOGICAL SERVICE | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | 2,333.00 | NA | NA | 0.00 | 0.00 |
| MARQUETTE MANAGEMENT INC | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| MICHAEL R NAUGHTON | Unsecured | 1,103.00 | 1,284.36 | 1,284.36 | 17.57 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 1,567.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT SOLUTI | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL PROCESSING CTR | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 380.00 | 300.00 | 300.00 | 3.93 | 0.00 |
| PAIN CENTERS OF CHICAGO | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| PMI DIAGNOSTIC IMAGING | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 388.00 | 387.93 | 387.93 | 5.08 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 391.00 | 390.63 | 390.63 | 5.12 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 857.37 | 857.37 | 11.23 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| SCOT RYAN | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 1,515.00 | 1,927.47 | 1,927.47 | 42.51 | 0.00 |
| SPRINT NEXTEL | Unsecured | 256.00 | 256.23 | 256.23 | 3.36 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 2,880.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 5,178.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 5,448.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 411.00 | NA | NA | 0.00 | 0.00 |
| WEST BAY ACQ | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $684.38 | $684.38 | $0.00 |
| **TOTAL PRIORITY**: | **$684.38** | **$684.38** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$20,258.21** | **$389.80** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,685.64 |
| Disbursements to Creditors | $1,074.18 |
| **TOTAL DISBURSEMENTS** : | **$4,759.82** |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/03/2014                        By:/s/ Glenn Stearns
                                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**